# EXHIBIT
# "A"

FELICIA PIERE DISTRICT CLERK

# DOCKET SHEET
### CASE NO. DC-21-05134

| | | | |
|---|---|---|---|
| RUSSELL PERRY | § | Location: | **192nd District Court** |
| vs. | § | Judicial Officer: | **WILLIAMS, KRISTINA M.** |
| HOME DEPOT U.S.A., INC., et al | § | Filed on: | **04/23/2021** |
| | § | | |

---

## CASE INFORMATION

Case Type: **PROPERTY**

---

## PARTY INFORMATION

| | | |
|---|---|---|
| | | *Lead Attorneys* |
| **PLAINTIFF** | **PERRY, RUSSELL** | **CURELL, MORGAN L.** |
| | | *Retained* |
| | | 512-467-0600(W) |
| | | |
| **DEFENDANT** | **HOME DEPOT U.S.A., INC.** | |
| | **PAVECON LTD., CO** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/23/2021 | NEW CASE FILED (OCA) - CIVIL | |
| 04/23/2021 | ORIGINAL PETITION | |
| 04/23/2021 | JURY DEMAND<br>Party:  PLAINTIFF  PERRY, RUSSELL | |
| 05/24/2021 | REQUEST FOR SERVICE | |
| 05/24/2021 | ISSUE CITATION | |
| 05/24/2021 | MOTION - RETAIN | |
| 05/24/2021 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>*PROPOSED ORDER TO RETAIN *Not submitted - See note** | |
| 05/25/2021 | VACATION LETTER | |
| 05/26/2021 | **CITATION**<br>HOME DEPOT U.S.A., INC.<br>Served: 05/27/2021<br>*HOME DEPOT U.S.A., INC.* | |
| 05/26/2021 | **CITATION**<br>PAVECON LTD., CO<br>Served: 05/28/2021<br>*PAVVECON LTD. CO* | |
| 06/01/2021 | RETURN OF SERVICE<br>*EXECUTED CITATION:HOME DEPOT U.S.A., INC.* | |
| 06/01/2021 | RETURN OF SERVICE<br>*EXECUTED CITATION:PAVVECON LTD. CO* | |

*Printed on 06/22/2021 at 1:40 PM*

FELICIA PITRE, DISTRICT CLERK
# DOCKET SHEET
### CASE NO. DC-21-05134

| | | | |
|---|---|---|---|
| 06/18/2021 | 📄 ORIGINAL ANSWER - GENERAL DENIAL | | |
| 06/28/2021 | 📄 **DISMISSAL FOR WANT OF PROSECUTION** (9:00 AM)  (Judicial Officer: WILLIAMS, KRISTINA M. ;Location: 192ND DISTRICT COURT) | | |

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **PLAINTIFF**  PERRY, RUSSELL | | |
| | Total Charges | | 348.00 |
| | Total Payments and Credits | | 348.00 |
| | **Balance Due as of 06/22/2021** | | **0.00** |
| 04/25/2021 | Charge | PLAINTIFF PERRY, RUSSELL | 332.00 |
| 04/25/2021 | CREDIT CARD -  Receipt # 25359-2021-DCLK TEXFILE (DC) | PLAINTIFF PERRY, RUSSELL | (332.00) |
| 05/25/2021 | Charge | PLAINTIFF PERRY, RUSSELL | 16.00 |
| 05/25/2021 | CREDIT CARD -  Receipt # 32588-2021-DCLK TEXFILE (DC) | PLAINTIFF PERRY, RUSSELL | (16.00) |

*Printed on 06/22/2021 at 1:40 PM*

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this _22_ day of _June_, A.D., _2021_.

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By_____ Deputy
            Orfa Palacios